IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL WALKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 09-532 |
| BIG BURGER RESTAURANTS, INC. | : | |

ORDER

JACOB P. HART                                                                                         DATE: February 2, 2010

UNITED STATES MAGISTRATE JUDGE

     AND NOW, this 2nd day of February, 2010, after consideration of Defendant's Motion in Limine to preclude Plaintiff from presenting any testimony or evidence of his medical expenses and lost wages at trial and Plaintiff's Motion in Limine to preclude Defendant from introducing testimony, evidence or arguments concerning Plaintiff's workers' compensation claim or receipt of workers' compensation benefits, and the responses thereto, it is hereby ORDERED that:

1. Defendant's Motion (Doc. No. 19) is DENIED; and
2. Plaintiff's Motion (Doc. No. 18) is GRANTED and Defendants are precluded from introducing testimony, evidence or arguments to the jury concerning Plaintiff's workers' compensation claim or receipt of workers' compensation benefits.

BY THE COURT:

/s/Jacob P. Hart

_____

JACOB P. HART
UNITED STATES MAGISTRATE JUDGE